**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES FINK AND PATRICIA FINK,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | MDL Docket No. 1431 (JMD/JGL)<br><br>CASE NUMBER 02-CV-0436<br><br><br><br>**<u>STIPULATION OF DISMISSAL</u>** |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party will bear its own costs.

SCANNED
OCT 2 5 2004
U.S. DISTRICT COURT MPLS

Dated: ~~July~~ 9/13, 2004

Gayle M. Blatt
Herman Mathis Casey Kitchens & Gerel
110 Laurel Street
San Diego, CA 92101-1406
(619) 238-1811

Attorney for Plaintiffs

Dated: ~~July~~ Oct. 18, 2004

Catherine Valerio Barrad
Sidley Austin Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213)896-6000

Attorneys for Defendants Bayer Corp. and Bayer AG

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: OCT 2 2 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court